```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 14515
   SUSAN A MURPHY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2790

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 11/07/2006 and was confirmed 02/05/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 03/02/2009.
-----------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
 LITTON LOAN SERVICING      CURRENT MORTG         .00          .00              .00
 LITTON LOAN SERVICING      MORTGAGE ARRE    39236.82          .00         18511.00
 CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED          .00              .00
 CAPITAL ONE                UNSEC W/INTER     760.94           .00              .00
 CAPITAL ONE                UNSEC W/INTER    2078.76           .00              .00
 CAPITAL ONE                UNSEC W/INTER      96.16           .00              .00
 PREMIER BANCARD CHARTER    UNSEC W/INTER     444.98           .00              .00
 EDWARD E REDA JR           NOTICE ONLY     NOT FILED          .00              .00
 LITTON LOAN SERVICING      MORTGAGE NOTI   NOT FILED          .00              .00
 ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,880.00                       2,880.00
 TOM VAUGHN                 TRUSTEE                                         1,609.00
 DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
 TRUSTEE          23,000.00

 PRIORITY                                        .00
 SECURED                                   18,511.00
 UNSECURED                                       .00
 ADMINISTRATIVE                             2,880.00
 TRUSTEE COMPENSATION                       1,609.00
 DEBTOR REFUND                                   .00
                  --------------          --------------
 TOTALS            23,000.00               23,000.00




                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 14515 SUSAN A MURPHY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                                    PAGE   2
            CASE NO. 06 B 14515 SUSAN A MURPHY